AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| --- | --- |
| v. | ) |
|  | ) Case No. 1:19-mj-03015 AOR |
| Jesus Rodriguez, | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 20, 2019__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| Title 21, United States Code, Section 841(a)(1) | Possession with intent to distribute a controlled substance. |

This criminal complaint is based on these facts:

Please see the attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Victor Carril, Task Force Officer -DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/21/2019

_____
*Judge's signature*

City and state: Miami, Florida        Hon. Alicia M. Otazo-Reyes, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Victor L. Carril, being duly sworn, attest and affirm the following:

1. I am a City of Sweetwater Police Detective and have been so employed since May 2017. Furthermore, I work as a Task Force Officer with the Drug Enforcement Administration (DEA) and have been so employed since November 2015. I am currently assigned to the High Intensity Drug Trafficking Area (HIDTA) Miami Field Division DEA Group 42. As a DEA Task Force Officer, I am empowered by law to conduct investigations of, and/or to make arrests for, offenses enumerated in Title 21, United States Code, Sections 841, 846, 952, and Title 18, United States Code, Sections 922 and 924, among other offenses. I have been trained on the subject of narcotics trafficking and have been personally involved in investigations concerning narcotics trafficking, weapons trafficking, violent crimes, and organized criminal enterprises. I have received specialized training in narcotics investigations and identification as well as the laws pertaining to search and seizure. Based on my training, experience, and participation in narcotics investigations, I am familiar with the methods of operation of drug traffickers.

2. This affidavit is submitted in support of a criminal complaint against defendant Jesus Rodriguez ("RODRIGUEZ"). As explained in detail below, I respectfully submit that there is probable cause to believe that, on or about June 20, 2019, in Miami-Dade County, in the Southern District of Florida, the Defendant did possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841.

3. The information contained in this Affidavit is based on my personal knowledge as well as information relayed to me by other law enforcement agents and officers involved in this investigation. The information set forth in this Affidavit is provided solely for the purpose of

establishing probable cause for the arrest of RODRIGUEZ. As such, it does not include all of the information known to me about this investigation.

4. In or around March 2019, law enforcement received information that RODRIGUEZ is a narcotics supplier in the South Florida area and that RODRIGUEZ would store chemicals used to manufacture counterfeit pills in workout supplement packaging. During the investigation, law enforcement also learned that RODRIGUEZ operated a pill press to manufacture counterfeit pills.

5. In the months of April, May, and June 2019, I conducted numerous trash pull investigations of RODRIGUEZ's residence, located at 9700 SW 213 Terrace, Cutler Bay, Florida, 33189 (the "RODRIGUEZ Residence"). I recovered numerous pieces of evidence including supplement packaging with unknown white powder, discarded pills, ventilator masks, and gloves. Based on my training and experience, I know that these items indicate that RODRIGUEZ was manufacturing counterfeit pills containing controlled substances.

6. On June 18, 2019, this Court signed a search warrant authorizing the search of the RODRIGUEZ Residence, appurtenances, and van belonging to RODRIGUEZ. Law enforcement then executed this warrant on the morning of June 20, 2019.

7. Upon execution of the search warrant, law enforcement located RODRIGUEZ in his master bathroom. It appeared that RODRIGUEZ was flushing pills down the toilet in an attempt to destroy evidence. Among other things, law enforcement further seized approximately 80 grams of a white powder that field-tested positive for methamphetamine, approximately 2,500 pills that have the same markings as Oxycodone, approximately $50,000 in United States currency, four firearms[1], a chemical mask, and two scales.

---

[1] These four firearms were recovered in a bedroom that appeared to belong to RODRIGUEZ's son.

8. Post-*Miranda*, RODRIGUEZ admitted his possession of the narcotics recovered from his Residence, that a portion of the cash recovered was from the sale of pills, and that he uses a pill press to make counterfeit pills. He further admitted that he had flushed a bottle of pills upon law enforcement entering the RODRIGUEZ Residence.

9. Based on the above facts, I submit there is probable cause to believe that on or about June 20, 2019 in Miami-Dade County, in the Southern District of Florida, defendant Jesus RODRIGUEZ did possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
VICTOR L. CARRIL, TASK FORCE OFFICER
DRUG ENFORCEMENT ADMINISTRATION

Subscribed and sworn to before
me this 21st day of June, 2019.

_____
HON. ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 1:19-mj-03015 AOR

IN THE MATTER OF
A SEALED SEARCH WARRANT
_____/

### CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   ___Yes  _X_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   ___Yes  _X_ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: *Carlee M. Valenti*
CARLEE M. VALENTI
Special Assistant United States Attorney
Court I.D. No. A5502473
11200 NW 20th Street, Suite 101
Miami, Florida 33172
Tel: (305) 715-7646/7653
Fax: (305) 715-7639
Email: carlee.valenti@usdoj.gov